# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

_____

MARNI TRUGLIO, individually and as a class representative on behalf of others similarly situated,

    Plaintiff,

v.

PLANET FITNESS, INC.; FIT TO BE TIED II, LLC d/b/a PLANET FITNESS; JOHN DOES 1-75; PLANET FITNESS FRANCHISES 1-75; AND XYZ CORPORATIONS 1-10,

    Defendants.

Civil Action No. 15-7959 (FLW)

**ORDER**

**THIS MATTER** having been opened to the Court by Kurt M. Mullen, Esq., counsel for Defendant Planet Fitness, Inc. ("Planet Fitness") on a motion to dismiss the Amended Complaint of Plaintiff Marni Truglio ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 12(b)(6); it appearing that Defendant Fit To Be Tied II, LLC (together, with Planet Fitness, "Defendants"), through its counsel Louis A. Felicetta, Esq., has joined Planet Fitness's motion; it appearing that Plaintiff, through her counsel, Joseph A. Jones, Esq., has opposed this motion; the Court having reviewed the parties' submissions in connection with the pending motion, pursuant to Federal Rule of Civil Procedure 78; for the reasons set forth in the Opinion filed on this date, and for good cause shown,

**IT IS** on this 21st day of December, 2018,

**ORDERED** that Defendants' motion to dismiss [Dkt. # 67] is **GRANTED** in its entirety, and Plaintiff's Amended Complaint is **DISMISSED**.

/s/ Freda L. Wolfson
Hon. Freda L. Wolfson
United States District Judge